EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: Justin.Clancy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 23 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03-00194 DAE |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)] |
| SHEENA MARIE HIRANO, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges that:

On or about April 12, 2003, in the District of Hawaii, at Pearl City, Hawaii, SHEENA MARIE HIRANO, defendant herein, did knowingly and intentionally possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: April 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney

UNITED STATES v. SHEENA MARIE HIRANO
CR. NO.
INDICTMENT