PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 23 2007

at 2 o'clock and 45 min. P.M.
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  SHEENA MARIE HIRANO      Case Number:  CR 03-00194DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence:  3/19/2004

Original Offense:   Count 1:  Possession With the Intent to Distribute 5 or More Grams of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), a Class B felony

Original Sentence:   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months.  Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years with the following special conditions:  1) That the defendant shall participate in a substance abuse program, which must include drug testing for the first 3 years of supervision, then at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; 4) That the defendant provide the Probation Office access to any requested financial information; and 5) That the defendant must be a full-time student in good standing for the first 2 years of supervised release.

Type of Supervision:  Supervised Release   Date Supervision to Commence:  8/17/2007

Prob 12B
(7/93)

2

# PETITIONING THE COURT

[✓]  To modify the conditions of supervision as follows:

    General Condition:    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

    Special Condition No. 5:    That the defendant must be a full-time student in good standing for the first 2 years of supervised release, at the discretion and direction of the Probation Office.

# CAUSE

During the prerelease planning process, the offender expressed some anxiety about the special condition requiring her to be a full-time student upon her release. The offender's anxiety is understandable. As a child, education was not encouraged by the offender's parents, and the offender rarely attended school. She incurred a significant amount of absences which resulted in Child Welfare Services involvement with her family for neglect. During that time, the offender's mother was struggling with mental health issues and a substance abuse problem while her father was incarcerated. In addition, the offender's childhood and adolescence was riddled with severe abuse and trauma. At 10 years of age, the offender was using drugs and alcohol. In the 9th grade, the offender dropped out of school. Despite these obstacles, the offender obtained her General Education Development (GED) certificate while in custody at the Federal Detention Center (FDC) Honolulu in 2003. She was 21 years old at that time. The offender intends to enroll in school and has expressed a desire to further her education. However, she is also concerned about returning to school after a long period of absence and concerned about the need to work, in order contribute to her father's household. Therefore, we respectfully recommend modifying Special Condition No. 5 to be held at the discretion and direction of our office in order to provide flexibility in the offender's status as a student and assist her with easing back into the educational arena.

In addition, it is noted that the offender was sentenced prior to *United States v. Stephens*, 9th Circuit 2005. Due to the ruling in *Stephens*, the probation officer is limited to three random tests outside of treatment. Given the established relationship between the offender's history of substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention is recommended in this case. Drug testing is the most reliable method for monitoring the offender's drug use. The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight (8) tests per month. This amount will allow the probation officer to fashion random drug testing designed to detect drug use while not

Prob 12B
(7/93)

3

allowing the offender to predict test dates. To the offender's credit, she is motivated to remain drug-free and is willing to have the general condition modified to reflect the increase in drug testing.

Therefore, we respectfully recommend that the Court modify the offender's conditions of supervision and modify the general conditions as reflected above. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

LISA K.T. JICHA
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 7/10/2007

Prob 12B
(7/93)

4

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
DAVID ALAN EZRA
U.S. District Judge

JUL 2 3 2007
_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ✓ ]    To modify the conditions of supervision as follows:

*General Condition:*    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

*Special Condition No. 5:*    That the defendant must be a full-time student in good standing for the first 2 years of supervised release, at the discretion and direction of the Probation Office.

Witness: _____
LISA K.T. JICHA
U.S. Probation Officer

Signed: _____
SHEENA MARIE HIRANO
Supervised Releasee

07.05.07
Date